# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-1500604-CV**

Trial Court Style: **In the Interest of E.J.G., a Child**
Trial Court No.: **2014CVL000732 D4**

I am the official responsible for preparing the **clerk's record**/reporter's record in the above referenced appeal. The approximate date of trial was: **08/07/2015**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 4:13:37 PM
KEITH E. HOTTLE
Clerk

The record was originally due: **10/26/2015**

I anticipate the length of the record to be: **N/A**

I am unable to file the record by the due date the record is due because (check one)

_____ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record.

_____ my other duties or activities preclude working on the record and include the following: (attach additional pages if needed)

_____

_____

__X__ Other. Explain (attach additional pages if needed): **I lost track of the due date and inadvertently forgot to follow up with the attorney.**

I anticipate the record will be completed by: **Wednesday, November 25, 2015**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the Judgment or order being appealed.

Date: **11/23/2015**

Signature: _____

Printed name: **JEAN L. AGUILAR**

Title: **DEPUTY CLERK**

## Acknowledgment
(to be completed by notary or court clerk)

State of Texas :
County of Webb :

Before me, the undersigned authority, on this day personally appeared Jean L. Aguilar
Known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: **11/23/2015**
(Seal)

Signature: _____

Printed Name: PATRICIA FIERRO

SUPERVISOR